IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01380-EWN-MEH

JONATHAN BURROUGHS,

    Plaintiff,

v.

THE HOME DEPOT, et al.,

    Defendant.

---

### NOTICE OF CONVERSION TO SUMMARY JUDGMENT
---

**Michael E. Hegarty, United States Magistrate Judge**.

    Defendant has filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion"), alleging that Plaintiff fails to state a claim against the Defendant upon which relief may be granted. [Doc #14]. In support of its Motion, Defendant has attached certain evidentiary materials. *Id.*

    Because Defendant wishes to support its Motion to Dismiss with documents outside of the pleadings, it is proper to inform the parties that the Court will convert the Motion to Dismiss into a Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. *See David v. City & County of Denver*, 101 F.3d 1344, 1352 (10th Cir. 1996). Consequently, with any additional briefing on the Motion, the parties may respond to the materials already submitted by the Defendant with any "material made pertinent to such a motion by Rule 56." Fed. R. Civ. P. 12(c). Therefore, it is ORDERED that the Plaintiff shall respond to the Motion on or before **December 10, 2007**, and Defendant may reply to the response in accordance with D.C. Colo. LCivR 7.1C.

Dated at Denver, Colorado, this 26th day of November, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge