IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 07-cv-01380-EWN-MEH | Date: December 5, 2007 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

JONATHAN BURROUGHS, *Pro Se*

    Plaintiff,

v.

THE HOME DEPOT,                                     Gillian Dale

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in session:** 9:18 a.m.

Court calls case. Appearances of *pro se* Plaintiff and counsel.

Discussion regarding the pending Defendant's Motion for Summary Judgment and Defendant's Unopposed Motion to Stay.

**ORDERED:** The Defendant's Unopposed Motion to Stay is GRANTED in part and DENIED in part as follows:

    1. The motion is granted to the extent that the Scheduling Conference is VACATED and RESET to **January 18, 2008, at 9:15 a.m.**

    2. The motion is DENIED to the extent it requests an open-ended stay of discovery. This request may be revisited at the Scheduling Conference on January 18, 2008.

**Court in recess:** **9:23 a.m. (Hearing concluded)**
**Total time in Court:** 0:05