IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01380-EWN-MEH

JONATHAN BURROUGHS,

    Plaintiff,

v.

THE HOME DEPOT, *et al.*,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 23, 2008.**

    Defendant's Unopposed Renewed Motion to Stay [filed January 18, 2008; doc #34] is **granted**. The proceedings in this matter will be stayed pending a ruling on the Defendant's Motion to Dismiss (converted to a Motion for Summary Judgment). The parties are ordered to contact this Chambers at (303) 844-4507 within five days of the District Court's ruling on the Motion for Summary Judgment to discuss the status of this matter.